**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| THI HAI LE,<br><br>　　Petitioner,<br><br>v.<br><br>TRINITY MINTER, West Tennessee Detention Facility; SCOTT LADWIG, ICE New Orleans Field Office; PAM BONDI, Attorney General of the United States; and KRISTI NOEM, Secretary of Homeland Security,<br><br>　　Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:26-cv-02352-SHL-cgc |

**ORDER REQUIRING RESPONSE AND STAYING TRANSFER**

On March 30, 2026, pro se Petitioner Thi Hai Le filed the Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  (ECF No. 2.)  She states that she is a citizen of Vietnam who entered the United States without inspection, crossing the border from Mexico on November 11, 2024.  (ECF 2-2 at PageID 16.)  On December 30, 2025, during a report to the Memphis ICE office, Le was detained by immigration authorities and remains in custody at the West Tennessee Detention Facility.  (Id.)  She challenges her detention under 8 U.S.C. § 1225 "without bond, without charge, under statutes that do not authorize it."  (Id. at PageID 15.)  She seeks her immediate release or a prompt bond hearing.  (Id. at PageID 24.)

Upon review of the Petition, it is **ORDERED** as follows:

(1)　　The Clerk is directed to email a copy of this Order to the United States Attorney for the Western District of Tennessee at the following email address: **stuart.canale@usdoj.gov**.

(2)　　Respondents shall respond to the Petition in writing within **five days** of this Order.

(3)    Le may file a reply after Respondents' responsive filing.

(4)    Respondents shall not transfer Le out of the West Tennessee Detention Facility during the pendency of the Petition.

**IT IS SO ORDERED,** this 31st day of March, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

2