**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| THI HAI LE, | ) | |
| Petitioner, | ) ) | |
| | ) | |
| v. | ) ) | |
| | ) | |
| CHRISTOPHER BULLOCK, in his official capacity as Field Office Director of Enforcement and Removal Operations, New Orleans Field Office, | ) ) ) ) | No. 2:26-cv-02352-SHL-cgc |
| Respondent. | ) ) | |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Petitioner Thi Hai Le's Petition (ECF No. 2), filed March 30, 2026,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Petition (ECF No. 13), filed April 17, 2026, the Petition is **GRANTED**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

April 24, 2026
Date